Deborah A. MESSINA, Petitioner—
Appellant,

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent—
Appellee.**

No. 06–1940.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 22, 2007.

Decided: Feb. 27, 2007.

Deborah A. Messina, Appellant Pro Se. Eileen J. O'Connor, Assistant Attorney General, Karen Grace Gregory, Arthur T. Catterall, United States Department of Justice, Washington, D.C.; Donald L. Korb, Internal Revenue Service, Washington, D.C., for Appellee.

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deborah A. Messina appeals the tax court's order upholding the Commissioner's determination of a deficiency in Messina's 1994 income taxes and assessing penalties. We have reviewed the record and the tax court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the tax court. *Messina v. Comm'r of Internal Revenue*, No.

10926–04, 2006 WL 1330105 (U.S.T.C. May 16, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*